UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WAVE LENGTH HAIR SALONS OF
FLORIDA, INC., on behalf of itself and
all others similarly situated

        Plaintiff,

v.                                                                                             Case No:   2:16-cv-206-FtM-38MRM

CBL & ASSOCIATES PROPERTIES,
INC., CBL & ASSOCIATES
MANAGEMENT, INC., CBL &
ASSOCIATES LIMITED
PARTNERSHIP and JG GULF
COAST TOWN CENTER, LLC,

        Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on the Report and Recommendation Issued by the Honorable Mac McCoy (Doc. #74) filed on November 25, 2016.  In his Report and Recommendation, Judge McCoy recommends that Plaintiff's Motion to Extend the Class Certification Deadline (Doc. #66) filed on October 19, 2016, be granted and the Defendants' Motion to Strike the Motion for Class Certification (Doc. #72) filed on November 7, 2016, be denied as moot.  No objections were filed, and the time to do so has now expired.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings. See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district judge must review legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration and an independent review of the file, the Court accepts, adopts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

The Report and Recommendation Issued by the Honorable Mac McCoy (Doc. #74) is **ACCEPTED and ADOPTED** and its findings are incorporated herein.

1. The Motion to Extend Class Certification Deadline (Doc. #66) is **GRANTED.** Plaintiff shall have up to and including **November 1, 2017**, to file a motion for class certification.

2. Defendants' Motion to Strike Plaintiff's Class Allegations (Doc. #72) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of December, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record